**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02675-CMA-BNB

JUAN CASTILLO-HERNANDEZ

      Petitioner,

v.

JOHN LONGSHORE, Field Director, Immigration and Customs Enforcement,
JEH JOHNSON, Secretary of the Department of Homeland Security,
JOHN MORTON, Director for Immigration and Customs Enforcement,
ERIC HOLDER, Attorney General, United States of America, and
JOHNNY CHOATE, Warden, Denver Contract Detention Facility

      Respondents.

---

## FINAL JUDGMENT

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order Granting Petition for Writ of habeas Corpus of Judge Christine M. Arguello entered on December 27, 2013 it is

      ORDERED that  this Court GRANTS Mr. Castillo's petition for a writ of habeas corpus in its previous order dated November 21, 2013.

      FURTHER ORDERED that the Petitioner shall be awarded costs.

      Dated at Denver, Colorado this 7th day of January, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Sandra Hartmann

Sandra Hartmann
Deputy Clerk